# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:18-CV-669-FDW-DCK

| | | |
|---|---|---|
| **DONNA JOHNS, and PAMELA JEAN FRICK, on behalf of themselves and all others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **ALLURA USA LLC, PLYCEM USA LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA, USA, INC., ELEMENTIA S.A. de C.V.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 24) filed by Ashley K. Brathwaite, concerning Anthony Vale on February 1, 2019.  Anthony Vale seeks to appear as counsel *pro hac vice* for Defendants.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 24) is **GRANTED**.  Anthony Vale is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 4, 2019

David C. Keesler
United States Magistrate Judge