IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-669-FDW-DCK

| | |
|---|---|
| DONNA JOHNS, and PAMELA JEAN FRICK, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>ALLURA USA LLC, PLYCEM USA LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA, USA, INC., ELEMENTIA S.A. de C.V.,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) filed by Ashley K. Brathwaite, concerning Brian H. Callaway on February 1, 2019. Brian H. Callaway seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) is **GRANTED**. Brian H. Callaway is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 4, 2019

David C. Keesler
United States Magistrate Judge