IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-669-FDW-DCK

| | |
|---|---|
| DONNA JOHNS, and PAMELA JEAN FRICK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLURA USA LLC, PLYCEM USA LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA, USA, INC., ELEMENTIA S.A. de C.V., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) filed by Scott C. Harris, concerning Harper T. Segui on February 27, 2019. Harper T. Segui seeks to appear as counsel *pro hac vice* for Plaintiffs Donna Johns and Pamela Jean Frick. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) is **GRANTED.** Harper T. Segui is hereby admitted *pro hac vice* to represent Plaintiffs Donna Johns and Pamela Jean Frick.

**SO ORDERED**.

Signed: February 27, 2019

David C. Keesler
United States Magistrate Judge