# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-669-FDW-DCK

| | |
|---|---|
| DONNA JOHNS, and PAMELA JEAN FRICK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLURA USA LLC, PLYCEM USA LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA, USA, INC., and ELEMENTIA S.A. de C.V.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Defendants' Motions To Dismiss" (Document No. 54) filed March 13, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendants' counsel, the undersigned will grant the motion. Further extensions of these deadlines are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Defendants' Motions To Dismiss" (Document No. 54) is **GRANTED**. Plaintiffs shall have up to and including **March 22, 2019** to file responses to the pending motions to dismiss (Document Nos. 36, 38, and 41). Defendants' deadlines for reply briefs in support of their motions to dismiss are extended to and including **April 9, 2019**.

**SO ORDERED**.

Signed: March 13, 2019

David C. Keesler
United States Magistrate Judge