# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-669-FDW-DCK

| | |
|---|---|
| DONNA JOHNS, and PAMELA JEAN FRICK, on behalf of themselves and all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> ALLURA USA LLC, PLYCEM USA LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA, USA, INC., and ELEMENTIA S.A. de C.V., </br></br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend Case Management Order Deadlines" (Document No. 59) filed April 1, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion without prejudice to file another request for relief after the Court rules on the pending motions to dismiss.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Case Management Order Deadlines" (Document No. 59) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: April 4, 2019

David C. Keesler
United States Magistrate Judge